IN THE UNITED STATES DISTRICT COURTS
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 30 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

VERONICA GAMBRAH
    PLAINTIFF

Vs

J P MORGAN CHASE BANK NA ET AL
MORTGAGE ELECTRONIC REGISTRATION Systems Inc.
BAYROCK MORTGAGE CORPORATION
US BANK NATIONAL ASSOCIATION AS TRUSTEE
CERTIFICATES HOLDERS OF STRUCTURED ASSET
MORTGAGE INVESTMENTS II INC. BEAR STEARNS
    ALT A TRUST
LAW OFFICES MARTIN & BRUNAVS ET AL
        DEFENDANTS

CIVIL ACTION #

LOAN # 1023644311

1:12-MI 0046

NOTICE OF FILING

LIS PENDENS & NOTICE OF STAY AND ADVERSE CLAIM
AFFIDAVIT OF FORGERY AND IMPROPER ATTESTATION
REVOCATION OF POWER OF ATTORNEY

Recording requested by and
When recorded return to:
VERONICA GAMBRAH
C/o Veronica Gambrah
3925 Melanie Woods Drive
College Park, GA 30349

Assessor Account #: 2616351   Assessors Account #: 2616351
Instrument Number: 2006-0051693                 New Instrument #:2012-0003249
Loan Number:  000311798                         New Loan #: 1023644311
3925 Melanie Woods Dr., College Park GA 30349

## NOTICE OF LIS PENDENS

TO ALL PERSONS be it known of the pending litigation IN US DISTRICT COURT NORTHERN DISTRICT OF GEORGIA IN AND FOR FULTON COUNTY with   Case #___1:12-MI 0046

## NOTICE OF STAY AND ADVERSE CLAIM

All that tract or parcel of land lying and being in Land Lot 106 of the 9th$^{th}$ "F" District of Fulton County, Georgia, being Lot 3, MELANIE WOODS, UNIT 1, as per plat recorded in Plat Book 164, Page 87, Fulton County, Georgia Records, to which plat reference is hereby made for the purpose of incorporated herein.

ADDRESS ON SAID PROPERTY:  **3925 Melanie Rd, College Park, GA 30349**

To Trustee,

Should you decide to move forward with the foreclosure sale despite this notice, you are not only going to be named as a defendant, but you will be guilty of a criminal offence of extortion. As Trustor/Grantor, we can also act as private attorney generals and prosecute you. This notice and evidence of your sale will be enough give to the SEC, FRB, OCC & FBI to investigate this complaint. Yes, I will be pressing charges.

This issue is in contest and is being adjudicated by the court. Until this matter is settled, moving forward is a violation of due process of law. Before this notice, you were immune because you were not aware of the controversy. After this notice, you were informed of the controversy, but you chose to ignore the warning and did it anyway.

You have been warned. Govern yourself accordingly.

_Veronica Gambrah_                              _[signature]_
Veronica Gambrah Signature                      Witness Signature


Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent

## JURAT

State of GEORGIA        )
                        ) ss: VERONICA GAMBRAH
County of FULTON        )    3925 MELANIE WOODS DRIVE
                             COLLEGE PARK, GA 30349


Subscribed and sworn to (or affirmed) before me on this __30__ day of __March__, __2012__, by __Elaine M Stubbs__ proved to me on the basis of satisfactory evidence to be the person who appeared before me.


_____
Notary                                         (seal)


My Commission expires: __Jan. 27, 2016__










Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent

Mail all correspondence to:
**Veronica Gambrah**
3925 Melanie Woods Drive
College Park, GA 30349

February 21st, 2012

**Law Offices of Martin & Brunavs**
2800 North Druid Hills Road, NE
Building B, Suite 100
Atlanta, Georgia 30329
Registered Agent: John G. Aldridge Jr.

RE:   DEED BOOK 50776 Pg 316 – FILED & RECORDED DATE: January 06TH, 2012
2:23pm 2012-0003249 Cathelene Robinson Clerk of Superior Court Fulton County, GA
      ORIGINAL LOAN #: 0015267859   NEW LOAN #: 1023644311

This instrument shall serve as an Affidavit of real defense against the wrongful power of sale and foreclosure, herein showing that STRUCTURED ASSET SECURITIES CORP., Law Offices martin & Brunavs-2800 North Druid Hills Rd, NE Building B Suite 100, Atlanta GA 30329 – nor any other successors, assigns or as their interest, are not entitled to the foreclosure being sought or the amount claimed due. Pursuant to **O.C.G.A. § 44-2-23**:

*A recorded deed shall be admitted in evidence in any court without further proof unless the maker of the deed, one of his heirs, or the opposite party in the action **files an affidavit that the deed is a forgery to the best of his/her knowledge and belief**. Upon the filing of the affidavit, the genuineness of the alleged deed shall become an issue to be determined in the action.*

## AFFIDAVIT OF FORGERY AND IMPROPER ATTESTATION:
## DEFENSE AGAINST WRONGFUL FORECLOSURE

Now comes Affiant, **Veronica Gambrah**, states that she is the holder of the Warranty Deed being recorded at DeKalb County, Deed Book 41984, Page 232, on real property located at 3925 Melanie Woods Drive, College Park GA 30349 – with a legal description as follows:

> All that tract or parcel of land lying and being in Land Lot 25 of the 9th "F" District of Fulton County, Georgia, being Lot 3, MELANIE WOODS, UNIT 1, as per plat recorded in Plat Book 164, Page 87, Fulton County, Georgia Records, to which plat reference is hereby made for the purpose of incorporated herein.

Affiant further states, that the Security Deed and Promissory Note were given to "MERS" Mortgage Electronic Registration System. MERS is a separate corporation that is acting solely as a nominee for Lenders and Lender's successor and assigns. **MERS** is the grantee under the Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, Tel. (888) 679-MERS – "Lender" is **BAYROCK MORTGAGE CORPORATION** – Given by affiant on February 8th, 2006, was allegedly conveyed, granted, sold, assigned, transferred to STRUCTURED ASSET SECURITIES CORP. BY ASSIGNMENT [U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STERNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3]

Furthermore, affiant states, their objection to the foreclosure being sought and use this affidavit as a means to DISPUTE the VALIDITY of any actions the purpose of which is to divest affiant of her interest in the above listed property. Pursuant to O.C.G.A. § 44-14-184. defense against foreclosure; verification

> When a rule nisi to foreclose a mortgage on a real estate has been granted and published or served as required in Code Section 44-14-180, the mortgage or his special agent or attorney may appear at the time at which the money is directed to be paid and file his objections to the foreclosure of the mortgage and may setup and avail himself of any defense which he might lawfully setup in an ordinary action instituted on the debt or demand secured by the mortgage and which defense shows that the applicant is not entitled to the foreclosure sought or that the amount claimed is not due; provided, however, that the facts of the defense shall be verified by the affidavit of the mortgagor or his special agent or attorney at the time of the filing of the affidavit.

Furthermore, affiant states that the alleged Security Deed is recorded in the Office of the Clerk of Superior Court of Fulton County, Georgia Real Estate Division Records, in Deed Book 50776 Page 316; last conveyed, transferred or sold to STRUCTURED ASSET SECURITIES CORP [U.S. Bank National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Bear Sterns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-3] Pursuant to said Deed and the Note thereby secured, STRUCTURED ASSET SECURITIES CORP., has declared the entire amount of said indebtedness due and payable and pursuant to the Power of Sale contained in said Deed.

Furthermore, affiant states that through this affidavit she asserts that the Security Deed and Promissory Note are fraudulent.

Furthermore affiant states, that a copy of this affidavit was given to STRUCTURED ASSET SECURITIES CORP., and Martin & Brunavs – and filed in the Office of Superior Court of Fulton County, Georgia Real Estate Division Records using the appropriate civil procedures.

Furthermore affiant states, that pursuant to RESPA and TILA and STATE STATUES she served upon STRUCTURED ASSET SECURITIES CORP., A "Written Qualified Request Letter."

Furthermore, affiant states, STRUCTURED ASSET SECURITIES CORP., failed to provide any proof that they are the Holder of the Note In Due Course. Therefore, STRUCTURED ASSET SECRUITIES CORPORATION'S representation is a fraudulent declaration and misleading/misrepresentation of material facts by the alleged holders on the note and pursuant to O.C.G.A. § 23-2-60, "Fraud will authorize equity to annul conveyance," and O.C.G.A. § 23-2-52, "Misrepresentation of the material fact."

Furthermore, affiant states, that STRUCTURED ASSET SECURITIES CORP., Martin & Brunavs, nor any other successors, assigns or as their interest, may appear or claim any rebuttal to these facts, unless it is by **FULL COROPRATE AFFIDAVIT** – and with production of original documents in good standing for inspection by affiant and/or her representative.

Furthermore, affiant also states, STRUCTURED ASSET SECURITIES CORP., MARTIN & BRUNAVS, and other successors, assigns that act to Foreclose and/or use Power of Sale on the property located: 3925 Melanie Woods Drive, College Park, GA 30349 – are in violation of State Law O.C.G.A§ 16-9-60 regarding foreclosure fraud which states in pertinent part:

> (a).....the term "foreclosure fraud" shall include any of the following: knowingly and willfully representing that moneys provided to or on behalf of a debtor, ...are a loan if in fact they are used to purchase said property or such debtor's interest therein; or knowingly or willfully making fraudulent representation to a debtor about assisting the debtor in connection with said property.

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent.

Page 2 of 4

(c) A person who violates… this Code section shall be punished by imprisonment for not less than neither one year nor more than three years or by a fine of not less than $1000.00 nor more than $5,000.00 or both.

Finally, affiant states, that pursuant to **O.C.G.A. § 44-2-43** the conduct of STRUCTURED ASSET SECURITIES CORP., and/or JP Morgan Chase Bank, NA/EMC Mortgage Corp is/are criminally prohibited. **O.C.G.A § 44-2-43** states;

*Any person who: (1) fraudulently obtains or attempts to obtain a decree of registration of title to any land or interest therein; (2) knowingly offers in evidence any forged or fraudulent document in the course of any proceedings with regard to registered land or any interest therein; (3) makes or utters any forged instrument of transfer or instrument of mortgage or any other paper, writing, or document used in connection with any of the proceedings required for the registration of lands or the notation of entries upon the register of titles; (4) steals or fraudulently conceals any owner's certificate, creditor's certificate, or other certificate of title provided for under this article; (5) fraudulently alters, changes, or mutilates any writing, instrument, document, record, registration, or register provided for under this article; (6) makes any false oath or affidavit with respect to any matter or thing provided for in this article; or (7) makes or knowingly uses any counterfeit of any certificate provided for by this article shall be guilty of a felony and shall be punished by imprisonment for not less than one nor more than ten years.*

If you disagree with anything in this affidavit, then rebut that to which you disagree <u>in writing</u> by Affidavit with particularity, to me within ten (10) days of this affidavit. NOTE: Your Silence Is Your Acquiescence.

**FURTHER AFFIANT SAYETH NAUGHT**

Veronica Gambrah being first duly sworn on oath according to law, deposes and says that she has read the foregoing AFFIDAVIT OF REAL DEFENSE AGAINST WRONGFUL FORECLOSURE by her subscribed, that the matters stated herein are true to the best of her information, knowledge and belief.

_____     _____
Veronica Gambrah

_____     _____
Unofficial Witness                  Unofficial Witness

**NOTORIZATION**

_____
Notary Name

_____     January 27 2016
Signature of Notary Public           Commission Expires

State of GEORGIA

When Recorded Return To:  
Ms. Veronica Gambrah  
3925 Melanie Woods Drive  
College Park, GA 30349

Date: 02/21/2012

JP Morgan Chase, National Association  
3415 Vision Drive  
Columbus, OH 43219  
Attn: Loss Mitigation Department

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent**

**RE:** Last Recorded: Security Deed: Deed Book: 50776 Pages 316, Date Recorded: January 6th, 2012 2012-0003249 Cathelene Robinson Clerk of Superior Court Fulton County, Georgia  
Original Loan #: **0015267859**  Assignee New Loan #: **1023644311**

**Previous Recorded 02/08/2006 Deed Book 41981, Page 232, Fulton County, Georgia Superior Court Real Estate Division**  
**MIN #: 1003780-0000311798-5**

## AFFIDAVIT OF NOTICE OF

## REVOCATION OF POWER OF ATTORNEY

I, **Veronica Gambrah**, Affiant, a Living Being(s), pursuant to United States Constitution 5th & 14th Amendments, O.C.G.A. § 10-6-141 and O.C.G.A. § 44-14-184, do HEREBY DECLARE:

That, due to discovery of various elements of fraud, fraudulent inducement, misrepresentation of a material fact, and intentional nondisclosure resulting in the deprivation of my property by Purported Name of Lender or Secured Creditor or Mortgage Servicer, its principles, agents, successors, and/or assignees, and following an investigation into their various violations of Federal law and State laws (O.C.G.A § 23-2-52) of the purported Loan, Trust Agreement, and Security Deed records, I, **VERONICA GAMBRAH**, Affiant, do hereby refuse to knowingly accept, or otherwise participate in ANY part of fraud and other illegal actions involving the purported Promissory Note/Security Deed/ Trust Instrument; and, further I do hereby Revoke, Rescind, and Terminate all my signatures relating to any and all said DEEDS, NOTES, and AGREEMENTS from their inception.

I, **VERONICA GAMBRAH,** Affiant, do hereby Revoke, Terminate, and Rescind all Powers of Attorney, In-Fact or otherwise, previously assigned by me, implied in law, by trust or otherwise, with or without my consent and/or knowledge, "**et al**" as such pertains to any property, real or personal, promissory note, security deed and mortgage signed on the date of 2/08/2006 or otherwise, under Security Deed, recorded on Date 02/08/2006, in Deed Book 41981, Page 232, Fulton County, Georgia Records and in particular the Waiver of Borrower's Rights recorded on Date 02/08/2006 in Deed Book: 41981 Page:254, Fulton of County, Georgia records, involving the property specifically addressed and identified as 3925 Melanie Woods Drive College Park GA 30349 with a legal description as follows:

All that tract or parcel of land lying in being in Land Lot 106, 9th District F, Fulton County, Georgia, being Lot 3, Melanie Woods Subdivision, Unit 1, as per plat recorded in Plat Book 164, Page 87, Fulton County Records, said plat being incorporated herein and made a part hereof for a more complete description; being improved property known as 3925 Melanie Woods Drive, according to the present system of numbering houses in Fulton County, Georgia.

Furthermore I, **VERONICA GAMBRAH**, do hereby appoint myself, **VERONICA GAMBRAH**, as Attorney(s)-in-Fact over the above real property.

I, **VERONICA GAMBRAH**, Affiant, by appellation, being first duly sworn, do hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

All Rights Reserved Without Prejudice

_Veronica Gambrah_
Veronica Gambrah, Affiant
3925 Melanie Woods Drive
College Park, GA 30349
Phone #: (404) 219-2228

_____          _____
Signature of Witness                                              Signature of Witness

JURAT

State of _Georgia_

County of _Clayton_

Subscribed and sworn to (or affirmed) before me on this 22 day of _March_, 2012,

by _Elaine M Tubbs_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SEAL:

_Elaine M Tubbs_
NOTARY PUBLIC                DATE 3/22/2012

My Commission Expires: _Jan 27, 2014_

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by U.S. Certified Mailings to the below listed party on this _____ day of March, 2012.

**Law Offices MARTIN & BRUNAVS et at**
2800 North Druid Hills Road, NE
Building B, Suite 100
Atlanta, GA 30329
**Registered Agent: Philip L. Martin**
**Registered Agent: Alfred G. Brunavs**

**JP Morgan Chase Bank, NA et al**          Certified Mail Receipt No:
3415 Vision Drive
Columbus, OH 43219
Attn:  Loss Mitigation Department

**Mortgage Electronic Registration Systems, Inc.**
(MERS) et al                                 Certified Mail Receipt No:
P.O. Box 2026
Flint, Michigan 48501-2026


_Veronica Gambrah_                          DATE: 03/30/2012
SIGNATURE

VERONICA GAMBRAH
3925 MELANIE WOODI DRIVE
COLLEGE PARK, GA 30349

404-219-2228

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent.
Page 4 of 4